**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**  Case No.  6:08-cr-274-Orl-19DAB

**YOLANDA ORR**

_____

## ORDER

This case comes before the Court on the Motion to Amend Restitution Order by Yolanda Orr. (Doc. No. 63, filed June 9, 2011.) In the Motion, Yolanda Orr ("Defendant") asks the Court to amend the Schedule of Payments section of the Final Judgment to the extent it sets forth that "[w]hile in the Bureau of Prisons custody, the defendant shall (1) pay at least $25.00 quarterly if you have a non-Unicor job or (2) pay at least 50% of your monthly earnings if you have a Unicor job." (Doc. No. 34 at 5, filed May 4, 2009.) Defendant contends that she is housed at an institution that does not offer Unicor jobs and that she does not receive any regular financial support from outside sources. (Doc. No. 63 at 1.) Defendant additionally alleges that she received a total of $1,320.00 from outside sources during her incarceration, $787.00 of which has been paid towards fines and restitution, mostly from Unicor pay. (*Id.*) In light of these alleged facts, Defendant requests that her restitution payments be reduced to 20% of her pay for any non-Unicor job, and 50% of her pay for any Unicor job. (*Id.*)   After reviewing the Motion to Amend Restitution Order, the Court finds that Defendant fails to set forth a basis for relief from her current restitution payments. Moreover, the objected to portion of the Schedule of Payments comports with the Bureau of Prisons' Financial Responsibility Program, set forth in Program Statement P5380.08, Financial Responsibility Program, Inmate, as follows:

>   (1)  Ordinarily, the minimum payment for non-UNICOR and UNICOR grade 5 inmates will be $25.00 per quarter.  This minimum payment may exceed $25.00, taking into consideration the inmate's specific obligations, institution resources, and community resources.
>
>   (2) Inmates assigned grades 1 through 4 in UNICOR ordinarily will be expected to allot not less than 50% of their monthly pay to the payment process.  Any allotment which is less than the 50% minimum must be approved by the Unit Manager.  Allotments may also exceed the 50% minimum after considering the individual's specific obligations and resources.

Accordingly, Defendant's Motion to Amend Restitution Order is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on this ___27th____ day of June, 2011.

*/s/ Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Yolanda Orr